Charles E. MURRAY

v.

STATE.

No. 0694–89.

Court of Criminal Appeals of Texas,
En Banc.

May 29, 1991.

CLINTON, Judge.

On Appellant's petition for discretionary review: judgment of the Court of Appeals reversed and cause remanded to that court.

McCORMICK, P.J., and CAMPBELL and WHITE, JJ., dissent.

Leo CASTILLO, Jr.

v.

STATE.

No. 0662–90.

Court of Criminal Appeals of Texas,
En Banc.

June 5, 1991.

On Appellant's petition for discretionary review: petition dismissed as improvidently granted.

BAIRD, OVERSTREET and MALONEY, JJ., dissent.